Argued November 3—decided November 3, 1964

STATE OF CONNECTICUT *v.* LORING J. WHITESIDE

The petition by the defendant for a writ of error coram nobis or review in equity is denied.

*Loring J. Whiteside,* in support of the petition.

Submitted October 27—decided November 19, 1964

The defendant filed a motion for reargument which was denied.

The motion by the defendant for a stay of probation pending the decision of this court on the habeas

corpus appeal and on the petition for a writ of coram nobis is denied.

*Loring J. Whiteside,* in support of the motion.

Submitted October 30—decided November 19, 1964

*Loring J. Whiteside,* in support of the motion.